# EXHIBIT “A”

IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT JANUARY TERM 2013

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

GEICO GENERAL INSURANCE COMPANY,

Appellant,

v. Case No. 5D11-1822

ANTONIO JAMES JIMENEZ,
PEDRO ORTEGA, ET AL.,

Appellee.

________________________________________/

Decision filed January 22, 2013

Appeal from the Circuit Court
for Orange County,
Jose R. Rodriguez, Judge.

Tammy de Soto Cicchetti and Michael A. Cinquino, of The Cicchetti Law Firm, Tallahassee, for Appellant.

William H. Rogner, of Hurley, Rogner, Miller, Cox, Waranch & Westcott, P.A., Winter Park, for Appellees.

PER CURIAM.

AFFIRMED.

PALMER, LAWSON and COHEN, JJ., concur.