# EXHIBIT "B"

# M A N D A T E

from

## DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA

## FIFTH DISTRICT

THIS CAUSE HAVING BEEN BROUGHT TO THIS COURT BY APPEAL OR BY PETITION, AND AFTER DUE CONSIDERATION THE COURT HAVING ISSUED ITS OPINION OR DECISION;

YOU ARE HEREBY COMMANDED THAT FURTHER PROCEEDINGS AS MAY BE REQUIRED BE HAD IN SAID CAUSE IN ACCORDANCE WITH THE RULING OF THIS COURT ATTACHED HERE TO AND INCORPORATED AS PART OF THIS ORDER, AND WITH THE RULES OF PROCEDURE AND LAWS OF THE STATE OF FLORIDA.

WITNESS THE HONORABLE RICHARD B. ORFINGER, CHIEF JUDGE OF THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA, FIFTH DISTRICT, AND THE SEAL OF THE SAID COURT AT DAYTONA BEACH, FLORIDA ON THIS DAY.

DATE: February 08, 2013

FIFTH DCA CASE NO.: 5D 11-1822

CASE STYLE: GEICO GENERAL INSURANCE COMPANY v. ANTONIO JAMES JIMENEZ, PEDRO ORTEGA, ET AL.

COUNTY OF ORIGIN: Orange

TRIAL COURT CASE NO.: 07-CA-7484

I hereby certify that the foregoing is
(a true copy of) the original Court mandate.

Pamela R. Masters

PAMELA R. MASTERS, CLERK

DISTRICT COURT OF APPEAL FIFTH DISTRICT STATE OF FLORIDA

cc:

William H.Rogner

Michael A.Cinquino

Orange Co.Circuit Ct.Clerk