**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

ANTONIO JAMES JIMENEZ,

        Plaintiff,

v.                                          Case No. 6:10-cv-640-Orl-37KRS

GOVERNMENT EMPLOYEES
INSURANCE COMPANY,

        Defendant.

**ORDER**

This cause is before the Court on the following:

1.     Plaintiff's Motion to Lift Stay (Doc. 25), filed October 3, 2013; and

2.     Government Employees Insurance Company's Response in Opposition to Plaintiff's Motion to Lift Stay (Doc. 27), filed October 17, 2013.

Upon consideration, the Court finds that Plaintiff's motion is due to be granted.

This matter arises out of a car accident in which Plaintiff rear-ended another car, injuring Pedro Ortega and Pablo Pinedo. (Doc. 27, ¶ 2.) Both Ortega and Pinedo filed negligence claims against Plaintiff. (*Id.* ¶¶ 4–5.)

Defendant initially brought a declaratory judgment action to determine whether it owed coverage to Plaintiff with regard to Pinedo. (Doc. 1, ¶ 7.) Defendant then denied coverage in the Pinedo negligence suit, and a stipulated judgment was entered against Plaintiff. (*Id.* ¶ 11; Doc. 27, ¶ 5.) Subsequently, it was determined in the declaratory judgment action that Defendant did owe Plaintiff coverage in the Pinedo negligence suit. (Doc. 1, ¶ 15.)

Accordingly, Plaintiff brought the instant action, alleging that Defendant failed to

settle the Pinedo claim in bad faith. (*Id.* ¶¶ 11, 19.) This Court stayed the action in order for the underlying Pinedo claim to be fully finalized. (Doc. 21.) Plaintiff now moves to lift the stay because the Pinedo claim has concluded. (Doc. 25.)

Defendant opposes, arguing that while the Pinedo suit has been wrapped up, the Ortega suit is still ongoing. (Doc. 27, ¶ 9.) Defendant contends that it will be prejudiced by having to defend separate bad faith claims and that the stay should therefore continue until the Ortega suit is over. (*Id.* ¶ 10.)

The Court is unconvinced by Defendant's argument. The instant action explicitly pertains only to Defendant's handling of the Pinedo claim. As no bad faith claim has yet been filed against Defendant in connection with the Ortega suit, the Court can only speculate as to what the facts of such a claim might be. Though both suits arose out of the same accident, the handling of the insurance claims may or may not be similar. Defendant has not proffered sufficient facts about the Ortega suit to allow the Court to conclude that a bad faith claim arising out of that suit will be substantially similar to this one (or even that such a claim will be filed) to run the risk of potentially inconsistent verdicts. Defendant's conjecture is therefore not enough to persuade the Court to delay the resolution of the instant claim any further, particularly because it has already been pending for more than three years.

Accordingly, it is hereby **ORDERED AND ADJUDGED**:

1. Plaintiff's Motion to Lift Stay (Doc. 25) is **GRANTED**.
2. The stay on this action is **LIFTED**.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on October 25, 2013.

_____
ROY B. DALTON JR.
United States District Judge

Copies:

Counsel of Record